**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Integrated Telepsychiatry and Telemedicine Services LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Arizona Health Care Cost Containment System, *et al.*, <br><br> Defendants. | No. CV-25-01525-PHX-JJT <br><br> **ORDER** |

At issue is Plaintiffs' Amended Complaint (Doc. 13). A party may amend a complaint once as a matter of course within 21 days after serving it, or within 21 days of service of, among others, a Rule 12(b)(6) motion. Fed. R. Civ. P. 15(a). In all other circumstances, absent the opposing party's written consent, a party must seek leave to amend from the court. Fed. R. Civ. P. 15(a)(2).

Here, Plaintiffs file their Amended Complaint thirty-five days after Defendant Arizona Health Care Cost Containment System's Motion to Dismiss (Doc. 8), so Plaintiffs' amendment is untimely under Rule 15(a). Plaintiffs have indicated that the amendment may be with consent (*see, e.g.*, Doc. 11 at 3), but Plaintiffs filed no separate notice of filing the Amended Complaint certifying that all the Defendants consented to the amendment. *See* L.R. Civ. 15.1(b). If truly filed by consent, Plaintiffs' Amended Complaint remains procedurally defective because Plaintiffs failed to "attach a copy of

the amended pleading that indicates in what respect it differs from the pleading which it amends . . ." *Id.*

Within seven days of this Order, Plaintiffs shall file a notice of filing that certifies the Amended Complaint is filed with consent of all Defendants and attach thereto a copy of the amended pleading that shows what changes were made. Alternatively, within the same time specified, Plaintiffs shall file their response to the pending Motion to Dismiss (Doc. 8) filed by Defendant Arizona Health Care Cost Containment System.

**IT IS THEREFORE ORDERED** that, within seven days of this Order, Plaintiffs shall file a notice of filing Plaintiffs' Amended Complaint (Doc. 13) and attach thereto a copy of the amended pleading that shows the changes made in a manner complying with Local Rule 15.1 or file a response to Defendant Arizona Health Care Cost Containment System's Motion to Dismiss (Doc. 8).

Dated this 26th day of September, 2025.

Honorable John J. Tuchi
United States District Judge