**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Integrated Telepsychiatry and Telemedicine Services LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Health Care Cost Containment System, *et al.*,<br><br>Defendants. | No. CV-25-01525-PHX-JJT<br><br>**ORDER** |

In its Notice to the Court, the Government declined to intervene in the *qui tam* claims brought by Plaintiffs Arizona Integrated Telepsychiatry and Telemedicine Services LLC and John Kamau. (Doc. 10.) Pursuant to 31 U.S.C. § 3730(b)(1), the Government requested notice and an opportunity to be heard before dismissal of this matter. (*Id.* at 2.) The Court subsequently ordered that "should any party other than the United States propose that this action be dismissed . . . the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval." (Doc. 12.)

Now pending before the Court is Defendant Arizona Health Care Cost Containment System's Motion to Dismiss (Doc. 8), to which Plaintiffs responded (Doc. 16) and Defendant replied (Doc. 20). No later than fourteen days from the date of this Order, the Government shall file a notice of its consent—or lack thereof—to the dismissal and their reasons in accordance with 31 U.S.C. § 3730(b)(1).

. . .

**IT IS THEREFORE ORDERED** that, no later than fourteen days from the date of this Order, the Government shall file a notice of its consent—or lack thereof—to the dismissal and their reasons in accordance with 31 U.S.C. § 3730(b)(1).

Dated this 8th day of December, 2025.

_____
Honorable John J. Tuchi
United States District Judge